Fielding v. Williamson.

No. 25,493.

ARTHUR P. FIELDING et al., *Appellants,* v. M. V. WILLIAMSON et al.,
*Appellees.*

OPINION DENYING A REHEARING.

Appeal from Riley district court; FRED R. SMITH, judge. Opinion denying
a rehearing filed April 21, 1925. (For original opinion of reversal see *ante,*
p. 44, 234 Pac. 1003.)

*R. P. Evans,* and *George Clammer,* both of Manhattan, for the appellants.
*Hal E. Harlan,* and *A. M. Johnston,* both of Manhattan, for the appellees.

The opinion of the court was delivered by

DAWSON, J.: Appellees present a motion for a rehearing, which
prompts us to make a minor modification of a matter mentioned in
our first opinion (*ante,* p. 44). We said that the contract itself
characterized the corn to be delivered as "September corn." That
statement may be inaccurate. The price to be paid was to be de-
termined on the basis of the price of Kansas City September corn,
according to the terms and stipulations of the contract, but whether
the corn which was the subject of this bargain and sale could prop-
erly be characterized as "September corn" this court has insufficient
information to decide.

Appellants also call attention to a matter which needs correction.
In holding that the evidence presented in plaintiffs' behalf did not
permit the cause to be disposed of on demurrer and required its
submission to a jury, the court inadvertently conceded that it was
possible the dealings of the parties were susceptible of being con-
strued as mere options and that the question whether they were such
or not was for a jury to decide. This was an error. The construc-
tion of a contract is a question of law, and we must take the re-
sponsibility of holding unequivocally that the contract evidenced an
outright bargain and sale, not a mere option, and it was fully exe-
cuted in all its parts except in the matter of fixing and paying the
price, which was to be ascertained and paid in accordance with the
contract terms.

With these corrections of our first opinion, however, we see no
reason to grant a rehearing, and it is therefore denied.